CJRA_C, CLOSED, NJR, STAYED

**U.S. District Court**
**Southern District of Illinois (East St. Louis)**
**CIVIL DOCKET FOR CASE #: 3:07-cv-00703-GPM-CJP**

O'Dell v. C. R. Bard, Inc. et al
Assigned to: Judge G. Patrick Murphy
Referred to: Magistrate Judge Clifford J. Proud
Case in other court: Madison County Circuit Court, 07-L-766
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/05/2007
Date Terminated: 03/13/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jerrie O'Dell**

represented by **David M. Hicks**
David M. Hicks & Associates
Generally Admitted
7720 Stonebridge Golf Drive
Maryville, IL 62062
618-343-0901
Fax: 618-301-3360
Email: hicksdav@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C. R. Bard, Inc.**
*and its subsidiary*

represented by **Deanne R. Jockish**
Baker, Sterchi et al. - St. Louis
Generally Admitted
1010 Market Street
Suite 950
St. Louis, MO 63101
314-231-2925
Fax: 314-231-4857
Email: jockish@bscr-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, DC 20005-3305
202-898-5800

Fax: 202-682-1639
Email: kgriffis@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
Spriggs & Hollingsworth
1350 I Street, N.W.
Ninth Floor
Washington, DC 20005-3305
202-898-5800
Fax: 202-682-1639
Email: mjunk@spriggs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Davol, Inc.** represented by **Deanne R. Jockish**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kirby T. Griffis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Junk**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 34625001727. Documents may now be electronically filed. Case number 07-703-GPM must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice to Consent by Magistrate Judge)(tkm ) (Entered: 10/05/2007) |
| 10/05/2007 | 2 | NOTICE of Appearance by Deanne R. Jockish on behalf of C. R. Bard, Inc., Davol, Inc. (Jockish, Deanne) (Entered: 10/05/2007) |
| 10/05/2007 | 3 | Corporate Disclosure Statement by C. R. Bard, Inc., Davol, Inc.. (Jockish, Deanne) (Entered: 10/05/2007) |
| 10/05/2007 | 4 | NOTICE OF REMOVAL by C. R. Bard, Inc., Davol, Inc. from Madison Circuit Court, case number 2007 L 000766. ( Filing fee $ 350) (Attachments: # 1 Exhibit Complaint# 2 Exhibit B# 3 Civil Cover Sheet # 4 Civil Cover Sheet Addendum)(Jockish, Deanne) (Entered: |

| | | |
|---|---|---|
| | | 10/05/2007) |
| 10/12/2007 | 5 | ANSWER and Affirmative Defenses to Complaint with Jury Demand by C. R. Bard, Inc., Davol, Inc. (Jockish, Deanne) Modified on 10/16/2007 (car). (Entered: 10/12/2007) |
| 10/16/2007 | 6 | ORDER: Amended Pleadings due by 10/26/2007. Signed by Judge G. Patrick Murphy on 10/16/2007. (lmc) (Entered: 10/16/2007) |
| 10/18/2007 | 7 | CJRA TRACK C assigned: Bench Trial set presumptive month of 1/1/2009 in East St. Louis Court House before Judge G. Patrick Murphy. Signed by Judge G. Patrick Murphy on 10/18/2007. (lmc) (Entered: 10/18/2007) |
| 10/19/2007 | 8 | NOTICE of Scheduling and Discovery Conference:Telephone Scheduling/Discovery Conference set for 11/16/2007 09:30 AM in East St. Louis Court House before Mag/Judge Clifford J. Proud. (amv) (Entered: 10/19/2007) |
| 10/22/2007 | | Set/Reset Hearings: Case previously set for Bench Trial. Defendants filed an answer and jury demand between the time the case was reviewed and it was tracked. Case RESET for Jury Trial for presumptive month of 1/2009 in East St. Louis Court House before Judge G. Patrick Murphy. (lmc) (Entered: 10/22/2007) |
| 10/26/2007 | 9 | ENTRY STRICKEN: AMENDED DOCUMENT by C. R. Bard, Inc., Davol, Inc.. Amendment to 4 Notice of Removal,. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Jockish, Deanne) Modified on 10/30/2007 (lmb). (Entered: 10/26/2007) |
| 10/29/2007 | 10 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Michael L. Junk for C. R. Bard, Inc. and Davol, Inc. $100.00 fee paid,receipt number 3462502217 (dkd ) (Entered: 10/29/2007) |
| 10/29/2007 | 11 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Kirby T. Griffis for C. R. Bard, Inc. and Davol, Inc. $100.00 fee paid,receipt number 3462502218 (dkd ) (Entered: 10/29/2007) |
| 10/30/2007 | 12 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 9 Amended Document filed by Davol, Inc., C. R. Bard, Inc. See attached document for specifics (lmb) (Entered: 10/30/2007) |
| 10/30/2007 | 13 | NOTICE OF REMOVAL by C. R. Bard, Inc., Davol, Inc. *AMENDED* from Madison Co, IL, case number 2007 L 000766. ( Filing fee $ 350) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Jockish, Deanne) (Entered: 10/30/2007) |
| 11/07/2007 | 14 | Minute Entry for proceedings held before Judge Clifford J. Proud : The Court has received the Joint Report of the parties. The Telephone Scheduling Conference set 11/16/07 is canceled. (Court Reporter n/a.) (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 11/07/2007) |
| | | |

| | | |
|---|---|---|
| 11/07/2007 | 15 | SCHEDULING ORDER:Discovery due by 9/8/2008. Dispositive Motions due by 9/18/2008. Signed by Judge Clifford J. Proud on 11/7/07. (Attachments: # 1 Joint Report)(amv) (Entered: 11/07/2007) |
| 11/08/2007 | 16 | NOTICE of Hearing:Settlement Conference set for 11/18/2008 09:30 AM in East St. Louis Court House before Mag/Judge Clifford J. Proud. (amv) (Entered: 11/08/2007) |
| 11/14/2007 | 17 | ENTRY STRICKEN: NOTICE by C. R. Bard, Inc., Davol, Inc. *Certificate of Service of Defendants' Rule 26(a)(1) Initial Disclosures* (Jockish, Deanne) Modified on 11/15/2007 (lmb). (Entered: 11/14/2007) |
| 11/15/2007 | 18 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 17 Notice (Other) filed by Davol, Inc., C. R. Bard, Inc. See attached document for specifics (lmb) (Entered: 11/15/2007) |
| 02/11/2008 | 19 | MOTION to Stay *OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL* by C. R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Jockish, Deanne) (Entered: 02/11/2008) |
| 02/12/2008 | 20 | NOTICE OF ERRORS AND/OR DEFICIENCIES re 19 Motion to Stay filed by Davol, Inc., C. R. Bard, Inc. See attached document for specifics (lmb) (Entered: 02/12/2008) |
| 02/13/2008 | 21 | ORDER STAYING CASE, Granting 19 unopposed MOTION to Stay PROCEEDINGS PENDING TRANSFER TO MDL. Signed by Judge G. Patrick Murphy on 02/13/2008. (njr) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/13/2008) |
| 03/10/2008 | 22 | PRELIMINARY TRANSFER ORDER (CTO-15) signed by Judicial Panel of Multidistrict Litigation (Attachments: # 1 Cover Letter)(lmb) (Entered: 03/12/2008) |
| 03/13/2008 | 23 | CONDITIONAL TRANSFER ORDER (CTO-15) TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to District of RI, in re MDL 1842, Kugel Mesh Hernia Patch Products Liability Litigation. (myz) (Entered: 03/13/2008) |
| 03/13/2008 | 24 | Case electronically transferred to District of RI. (myz) (Entered: 03/13/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/14/2008 11:26:40 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:07-cv-00703-GPM-CJP |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |